Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415 957-3138
Fax: 415 840-0017
MCKillian@duanemorris.com

Matthew C. Gaudet (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta GA 30309-3929
Telephone: 404 253-6900
Fax: 404-253-6901
MCGaudet@duanemorris.com

Attorneys for Defendant,
Fortinet, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 1440 SPORTS MANAGEMENT LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PGA TOUR, INC., FORTINET, INC., and JAY VOELKER<br><br>Defendant. | Case No.: 3:22-cv-02774-TLT<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED JURY INSTRUCTIONS AND [PROPOSED] ORDER**<br><br>Hon. Trina L. Thompson<br><br>SAC Filed: March 17, 2023<br>Trial Date: November 13, 2023 |

Plaintiff 1440 Sports Management Limited ("Plaintiff") and Defendants Fortinet, Inc., PGA TOUR, Inc., and Jay Voelker ("Defendants"), by and through their respective counsel, hereby stipulate to briefly continue the October 5, 2023 deadline to submit a joint set of proposed jury instructions to October 10, 2023, while still maintaining all other dates within the Court's Standing Order For Civil Jury Pretrial and Trial;

WHEREAS, the parties have diligently worked to meet and confer and prepare a joint set of proposed jury instructions, the discussions and final proposed instructions cannot be completed by the October 5, 2023 deadline;

1     WHEREAS, after meeting and conferring, the parties agree to extend the deadline to submit a joint set of proposed jury instructions from October 5, 2023 to October 10, 2023, to permit further discussion and preparation of the final joint set of proposed instructions;

    WHEREAS, the stipulated extension will not impact any other deadlines in this action. The parties respectfully request the Court to grant this request.

    NOW THEREFORE, IT IS HEREBY STIPULATED, that the deadline to submit a joint set of proposed jury instructions is extended from October 5, 2023 to October 10, 2023.

Dated: October 5, 2023

> By: /s/ Meghan C. Killian
> Meghan C. Killian (SBN 310195)
> mckillian@duanemorris.com
> **DUANE MORRIS LLP**
> Spear Tower
> One Market Plaza, Suite 2200
> San Francisco, CA 94105-1127
> Telephone: 415 957-3138
> Fax: 415 840-0017
>
> Matthew C. Gaudet (admitted *pro hac vice*)
> MCGaudet@duanemorris.com
> **DUANE MORRIS LLP**
> 1075 Peachtree Street NE, Suite 2000
> Atlanta GA 30309-3929
> Telephone: 404 253-6900
> Fax: 404-253-6901
>
> Attorneys for Defendant,
> FORTINET, INC.

Dated: October 5, 2023

> By: /s/ Alexander Erwig
> Greg Dovel (Cal. Bar No. 135387)
> greg@dovel.com
> Alexander Erwig (Cal. Bar No. 334151)
> alexander@dovel.com
> Simon Franzini (Cal. Bar No. 287631)
> simon@dovel.com
> **DOVEL & LUNER, LLP**
> 201 Santa Monica Blvd., Suite 600
> Santa Monica, CA 90401
> Telephone: 310 697-6000
> Fax: 310 656-7069
>
> Attorneys for Plaintiff
> 1440 SPORTS MANAGEMENT LIMITED

Dated: October 5, 2023

By: /s/ Kimberly A. Klinsport

Kimberly A. Klinsport (SBN 259018)
kklinsport@foley.com
Anum Amin (SBN 319662)
aamin@foley.com
Savannah L. Levin (SBN 347929)
slevin@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213 972-4500
Facsimile: 213 486-0065

Attorneys for Defendants
PGA TOUR, INC. and JAY VOELKER

## ATTESTATION PER LOCAL RULE 5-1(h)(3)

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this efiled document.

Dated:  October 5, 2023                **DUANE MORRIS LLP**

By: /s/  Meghan C. Killian
Meghan C. Killian

Attorneys for Defendant,
FORTINET, INC.

## [PROPOSED] ORDER

Pursuant to the parties' above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the October 5, 2023 deadline to submit a joint set of proposed jury instructions is extended to October 10, 2023.

SO ORDERED.

DATED: October 10, 2023

HONORABLE TRINA L. THOMPSON
JUDGE OF THE DISTRICT COURT